UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

CORY L. DUNSING,
Institutional ID No. 159552

Plaintiff,

v.

No.  5:24-CV-00210-H

BEAU MCCRORY, MD, *et al.*,

Defendants.

## ORDER ACCEPTING IN PART THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation (FCR) in this case.  Dkt. No. 34.  In particular, the Magistrate Judge recommends that the Court:  (1) deny Plaintiff's request for the Court to enter default against Defendant Beau McCrory, MD; (2) deny Defendant McCrory's motion to dismiss Plaintiff's claims against him; and (3) enter a limited scheduling order requiring Defendants David Cochran, Officer Fennell, and Lieutenant Bernal to file a dispositive motion on their affirmative defense of qualified immunity.  Alternatively, the Magistrate Judge recommends that the Court enter a scheduling order under Fed. R. Civ. P. 16.

The deadline for the parties to file objections to the FCR expired.  To date, none of the parties have filed any objections, sought an extension of time to do so, or otherwise attempted to refute the proposed findings of fact or conclusions of law made by the Magistrate Judge.

The Court independently examined the record and reviewed the FCR for plain error and finds none.  However, after the FCR was entered, Defendants Cochran, Fennell, and

Bernal filed a motion to conduct limited discovery, Dkt. No. 36; Defendant McCrory filed an answer raising the affirmative defense of qualified immunity, Dkt. No. 39; and Plaintiff filed a motion seeking the appointment of counsel, Dkt. No. 40; all of which should be considered before the Court enters a scheduling order concerning qualified immunity.

Under these circumstances, the Court accepts and adopts the findings, conclusions, and recommendation of the Magistrate Judge in part.

The Court therefore orders that:

(1)    Plaintiff's request for the Court to enter default against Defendant McCrory is denied.  Dkt. No. 32.

(2)    Defendant McCrory's motion to dismiss Plaintiff's claims is denied.  Dkt. No. 30.

(3)    The Court will address the parties' pending motions by separate order before entering a scheduling order.

So ordered.

Dated July 22, 2026.

_____

JAMES WESLEY HENDRIX
United States District Judge

2